**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

  v.

JANE LUBCHENCO,

    Defendants.

_____/

No. 09-04087 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On December 8, 2009, Defendants' counsel filed a request to appear telephonically at the initial case management conference set for December 15, 2009 at 10:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court.

Dated: December 10, 2009

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge