UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,

      Plaintiff,

      v.

JANE LUBCHENCO, et al.,

      Defendants.
_____/

No. C-09-04087 EDL

ORDER FOLLOWING CASE MANAGEMENT CONFERENCE

Following the Case Management Conference held on December 15, 2009, IT IS HEREBY ORDERED THAT:

Plaintiff's Motion for Summary Judgment, not to exceed 40 pages, shall be filed no later than March 22, 2010. Defendants' Cross-motion, not to exceed 40 pages, shall be filed no later than May 4, 2010. Plaintiff's opposition/reply, not to exceed 25 pages, shall be filed no later than June 3, 2010. Defendants' opposition/reply, not to exceed 25 pages, shall be filed no later than July 8, 2010. Hearing on summary judgment motions is scheduled for July 30, 2010 at 9:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

IT IS SO ORDERED.

Dated: December 17, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge