IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

  v.

JANE LUBCHENCO,

    Defendants.
                                       /

No. 09-04087 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

    On February 3, 2010, Federal Defendants' counsel filed a request to appear telephonically at the initial case management conference set for February 9, 2010 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court.

Dated: February 4, 2010

                                           *Elizabeth D. Laporte*
                                           ELIZABETH D. LAPORTE
                                           United States Magistrate Judge