1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    CENTER FOR BIOLOGICAL DIVERSITY,

9            Plaintiff,                              No. 09-04087  EDL

10     v.                                       **ORDER GRANTING APPLICATION  TO
                                                 APPEAR TELEPHONICALLY**
11   JANE LUBCHENCO,

12           Defendants.
                                            /
13

14       On February 4, 2010, the Assistant Attorney General for the State of Alaska filed a request to

15   appear telephonically at the February 9, 2010 hearing on its Motion to Intervene. Good cause

16   appearing, IT IS HEREBY ORDERED that the Request is GRANTED.  Counsel shall stand by

17   beginning at the date and time above until called by the Court.

18   Dated: February 5, 2010

19                                          *Elizabeth D. Laporte*
                                           ELIZABETH D. LAPORTE
                                           United States Magistrate Judge
20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California