IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al. <br><br> Plaintiffs, <br> v. <br> JANE LUBCHENCO, et al., <br><br> Defendants, <br><br>———————————————— <br> STATE OF ALASKA, <br><br> Movant-Intervenor-Defendant. | No. C 09-4087 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE** AS MODIFIED |

Pursuant to Civil L.R. 6-2, this Stipulation is entered into by and between Plaintiffs Center for Biological Diversity and Greenpeace, Inc., and Federal Defendants Jane Lubchenco, Administrator of the National Oceanic and Atmospheric Administration, the National Marine

Stipulation and [Proposed] Order
Modifying Briefing Schedule                 1                          No. C 09-4087 EDL

Fisheries Service, and Gary F. Locke, Secretary of the United States Department of Commerce (collectively "NMFS"):

WHEREAS, pursuant to the parties' Joint Case Management Statement (Doc. No. 24) and this Court's Scheduling Order (Doc. Nos. 35-36), NMFS filed the Administrative Record on January 15, 2010 (Doc. No. 40);

WHEREAS, under the Scheduling Order, Plaintiffs are required to file any motion regarding the Administrative Record by March 21, 2010;

WHEREAS, the parties have discussed the Administrative Record and have agreed to supplementation of the Record;

WHEREAS, NMFS needs additional time to supplement the Record and Plaintiffs need additional time to review the supplement, and to incorporate the supplement into their opening brief;

WHEREAS, NMFS counsel has an unavoidable scheduling conflict from May 14 to 26, 2010;

WHEREAS, no previous extensions of time have been sought by any party;

NOW, THEREFORE, Plaintiffs and Federal Defendants stipulate to modify the briefing schedule in this matter as follows:

1. NMFS shall lodge its supplement to the Administrative Record no later than March 26, 2010. NMFS shall lodge the supplement on compact disk and shall provide a courtesy paper copy to the Court.
2. Any motion regarding the contents of the Administrative Record shall be filed no later than April 2, 2010. The filing of such a motion shall vacate any briefing schedule on summary judgment.
3. Plaintiffs shall file their opening summary-judgment brief no later than April 2, 2010.
4. Federal Defendants shall file their opening summary-judgment brief no later than June 4, 2010.
5. Plaintiffs shall file their response-reply brief no later than June 25, 2010.

Stipulation and [Proposed] Order
Modifying Briefing Schedule         2         No. C 09-4087 EDL

6. Federal Defendants shall file their reply brief no later than July 19, 2010.

7. The hearing on cross-motions for summary judgment shall ~~remain set for July 30, 2010 at 9:00 a.m~~. **be set for August 12, 2010 at 2:00 p.m.**

Dated: March 18, 2010　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　IGNACIA S. MORENO, Asst. Attorney General
　　　　　　　　　　　　　　　　　　　　JEAN E. WILLIAMS, Section Chief


　　　　　　　　　　　　　　　　　　　　　　　/s/ Lawson E. Fite
　　　　　　　　　　　　　　　　　　　　LAWSON E. FITE, Trial Attorney
　　　　　　　　　　　　　　　　　　　　Ore. Bar No. 055573
　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　Environment & Natural Resources Division
　　　　　　　　　　　　　　　　　　　　Wildlife & Marine Resources Section
　　　　　　　　　　　　　　　　　　　　Ben Franklin Station
　　　　　　　　　　　　　　　　　　　　P.O. Box 7369
　　　　　　　　　　　　　　　　　　　　Washington, DC 20044-7369
　　　　　　　　　　　　　　　　　　　　Phone: (202) 305-0217
　　　　　　　　　　　　　　　　　　　　Fax: (202) 305-0275
　　　　　　　　　　　　　　　　　　　　Email: lawson.fite@usdoj.gov

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants



　　　　　　　　　　　　　　　　　　　　　　　/s/ Brendan Cummings (by LEF, as authorized 3/18/10)
　　　　　　　　　　　　　　　　　　　　Andrea A. Treece (CA Bar No. 237639)
　　　　　　　　　　　　　　　　　　　　Miyoko Sakashita (CA Bar No. 239639)
　　　　　　　　　　　　　　　　　　　　CENTER FOR BIOLOGICAL DIVERSITY
　　　　　　　　　　　　　　　　　　　　351 California Street, Suite 600
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　Phone: (415) 436-9682
　　　　　　　　　　　　　　　　　　　　Facsimile: (415) 436-9683
　　　　　　　　　　　　　　　　　　　　Email: atreece@biologicaldiversity.org
　　　　　　　　　　　　　　　　　　　　miyoko@biologicaldiversity.org

　　　　　　　　　　　　　　　　　　　　Brendan R. Cummings (CA Bar No. 193952)
　　　　　　　　　　　　　　　　　　　　CENTER FOR BIOLOGICAL DIVERSITY
　　　　　　　　　　　　　　　　　　　　P.O. Box 549

Stipulation and [Proposed] Order
Modifying Briefing Schedule　　　　　　3　　　　　　　　No. C 09-4087 EDL

Joshua Tree, CA 92252
Phone: (760) 366-2232
Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org

Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 19, 2010

*Elijah D. Laporte*

UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order
Modifying Briefing Schedule           4                    No. C 09-4087 EDL

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | No. C 09-4087 EDL |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| JANE LUBCHENCO, et al., | |
| Defendants. | |

I hereby certify that on March 18, 2010, I electronically filed the foregoing STIPULATION AND [PROPOSED] ORDER with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record.

                                                  */s/ Lawson E. Fite*
                                                  LAWSON E. FITE

Case 3:09-cv-04087-EDL   Document 52   Filed 03/18/10   Page 5 of 5