IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>  Plaintiffs,<br>v.<br>JANE LUBCHENCO, et al.,<br><br>  Defendants,<br><br>STATE OF ALASKA,<br><br>  Movant-Intervenor-Defendant. | No. C 09-4087 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY** |

Pursuant to Civil L.R. 6-2, this Stipulation is entered into by and between Plaintiffs Center for Biological Diversity and Greenpeace, Inc., and Federal Defendants Jane Lubchenco, Administrator of the National Oceanic and Atmospheric Administration, the National Marine

Stipulation and [Proposed] Order
Modifying Briefing Schedule                 1                        No. C 09-4087 EDL

Fisheries Service, and Gary F. Locke, Secretary of the United States Department of Commerce (collectively "NMFS"):

WHEREAS, pursuant to the Court's Order of March 19, 2010 (Doc. No. 52), NMFS's summary-judgment reply brief is presently due on July 19, 2010;

WHEREAS, due to an unexpected recent increase in undersigned NMFS counsel's workload relating to the Gulf of Mexico oil spill incident, NMFS needs additional time to prepare its reply brief;

WHEREAS, the summary-judgment briefing schedule has been previously extended once, for a period of approximately two weeks (see Doc. No. 52);

NOW, THEREFORE, Plaintiffs and Federal Defendants stipulate to modify the briefing schedule in this matter as follows:

1. Federal Defendants shall file their reply brief no later than July 23, 2010.

Dated: July 15, 2010

Respectfully submitted,

IGNACIA S. MORENO, Asst. Attorney General
SETH M. BARSKY, Acting Section Chief


_____/s/ Lawson E. Fite_____
LAWSON E. FITE, Trial Attorney
Ore. Bar No. 055573
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

/s/ Miyoko Sakashita (by LEF, as authorized 7/15/10)
Andrea A. Treece (CA Bar No. 237639)
Miyoko Sakashita (CA Bar No. 239639)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Facsimile: (415) 436-9683
Email: atreece@biologicaldiversity.org
miyoko@biologicaldiversity.org

Brendan R. Cummings (CA Bar No. 193952)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Phone: (760) 366-2232
Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org

Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.
The hearing on the parties' cross-motions for summary judgment is continued to September 2, 2010 at 9:30 a.m.

Dated: July 16, 2010

_____
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order
Modifying Briefing Schedule        3        No. C 09-4087 EDL

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) ) No. C 09-4087 EDL |
| 4 | | ) |
| 5 | Plaintiffs, | ) **CERTIFICATE OF SERVICE** ) |
| 6 | v. | ) ) |
| 7 | JANE LUBCHENCO, et al., | ) ) |
| 8 | Defendants. | ) ) |

I hereby certify that on July 15, 2010, I electronically filed the foregoing STIPULATION AND [PROPOSED] ORDER with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record.

                                                                     */s/ Lawson E. Fite*

                                                                     LAWSON E. FITE

Case 3:09-cv-04087-EDL   Document 65   Filed 07/15/10   Page 44 of 44