IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | No. C-09-04087 EDL |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| JANE LUBCHENCO, et al., | |
| Defendants. / | |

This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of December 21, 2010, Plaintiffs' Motion for Summary Judgment is denied and Defendants' Cross-Motion for Summary Judgment is granted.

**IT IS SO ORDERED.**

Dated: December 21, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge