

FILED

UNITED STATES COURT OF APPEALS

AUG 13 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; et al.,<br><br>      Plaintiffs - Appellants,<br><br> v.<br><br>JANE LUBCHENCO, Administrator, National Oceanic and Atmospheric Administration; et al.,<br><br>      Defendants - Appellees,<br><br> and<br><br>STATE OF ALASKA,<br><br>      Intervenor-Defendant - Appellee. | No. 11-15169<br><br>D.C. No. 3:09-cv-04087-EDL<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The dial-in conference scheduled for August 19, 2013, is canceled.

The court is in receipt of appellant's Motion to Voluntarily Dismiss.

Appellants' motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

                FOR THE COURT

                By: Lisa Jaye
                Circuit Mediator

LJ/Mediation_8-13-13